B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FREEDOM FILMS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-4921518** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15300 Ventura Blvd., #508**<br>**Sherman Oaks, CA**<br>ZIP Code **91403** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**15300 Ventura Blvd., #315**<br>**Sherman Oaks, CA**<br>ZIP Code **91403** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box:    Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**FREEDOM FILMS, LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location Where Filed: **- None -** | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>**- None -** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**FREEDOM FILMS, LLC** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ M. Jonathan Hayes*<br>Signature of Attorney for Debtor(s)<br>**M. Jonathan Hayes 90388**<br>Printed Name of Attorney for Debtor(s)<br>**Simon Resnik Hayes LLP**<br>Firm Name<br>**15233 Ventura Blvd., Suite 250**<br>**Sherman Oaks, CA 91403**<br><br>Address<br><br>Email: jhayes@srhlawfirm.com<br>**(818) 783-6251  Fax: (818) 783-6253**<br>Telephone Number<br>**April 16, 2014**     **90388**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ BP*<br>Signature of Authorized Individual<br>**Brian Presley**<br>Printed Name of Authorized Individual<br>**Managing Member**<br>Title of Authorized Individual<br>**April 16, 2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Central District of California

In re   **FREEDOM FILMS, LLC**                                       Case No. _____
                                              Debtor(s)              Chapter   11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brian Presley 15300 Ventura Blvd., #315 Sherman Oaks, CA 91403 | Brian Presley 15300 Ventura Blvd., #315 Sherman Oaks, CA 91403 | | | 2,800,000.00 |
| David Presley 11428 S. Sandusky Tulsa, OK 74137 | David Presley 11428 S. Sandusky Tulsa, OK 74137 | | | 13,428,263.00 |
| Doug MacGregor 22 County Road 727 Gunnison, CO 81230 | Doug MacGregor 22 County Road 727 Gunnison, CO 81230 | No. 296-03664 2013 | | 1,000,000.00 |
| International Alliance of Theatrical Stage Employees c/o James G. Varga 10045 Riverside Drive North Hollywood, CA 91602 | International Alliance of Theatrical Stage Employees c/o James G. Varga North Hollywood, CA 91602 | Case No. BS144962 | | 880,000.00 |
| Latifah Salom Business Representative Writers Guild of America, West, Inc 7000 W. Third Street Los Angeles, CA 90048 | Latifah Salom Business Representative Writers Guild of America, West, Inc Los Angeles, CA 90048 | | | 133,060.00 |
| Lisa Kearns c/o Bonnie E. Eskenazi Greenberg Glusker Fields Claman 1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067-4590 | Lisa Kearns c/o Bonnie E. Eskenazi Greenberg Glusker Fields Claman Los Angeles, CA 90067-4590 | | | 175,000.00 |
| One Longhorn Land I, L.P. Rex Glenndening 12400 Preston Road, Ste. 100 Frisco, TX 75033 | One Longhorn Land I, L.P. Rex Glenndening 12400 Preston Road, Ste. 100 Frisco, TX 75033 | No. 296-03664 2013 | | 500,000.00 |
| Palo Verde Fund, L.P. 20645 N. Pima Road, Ste. 140 Scottsdale, AZ 85255 | Palo Verde Fund, L.P. 20645 N. Pima Road, Ste. 140 Scottsdale, AZ 85255 | No. 296-03664 2013 | | 4,250,000.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **FREEDOM FILMS, LLC**                             Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Patterson Thoma Company, Inc. 2100 McKinney Avenue, Ste. 1501 Dallas, TX 75201 | Patterson Thoma Company, Inc. 2100 McKinney Avenue, Ste. 1501 Dallas, TX 75201 | No. 296-03664 2013 | | 500,000.00 |
| SAG-AFTRA Safeer Hopton 5757 Wilshire Blvd., 7th Fl Los Angeles, CA 90036 | SAG-AFTRA Safeer Hopton 5757 Wilshire Blvd., 7th Fl Los Angeles, CA 90036 | Case No. 8811 | | 57,000.00 |
| The Traveling Picture Show Company Kevin Matusow. 2401 Canyon Drive Los Angeles, CA 90068 | The Traveling Picture Show Company Kevin Matusow. 2401 Canyon Drive Los Angeles, CA 90068 | Case No. BC495056 | | 150,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **FREEDOM FILMS, LLC**                                      Case No. _____

 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 16, 2014**              Signature  _/s/ Brian Presley_
                                                 **Brian Presley**
                                                 **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **FREEDOM FILMS, LLC**

Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brian Presley<br>15300 Ventura Blvd., #315<br>Sherman Oaks, CA 91403 | | | 50% |
| David Presley<br>11428 S. Sandusky<br>Tulsa, OK 74137 | | | 50% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 16, 2014**

Signature  _[signed]_
Brian Presley
Managing Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Sherman Oaks**, California.

Date: **April 16, 2014**

_Brian Presley_
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

UNANIMOUS WRITTEN CONSENT OF

THE MANAGING MEMBERS

OF FREEDOM FILMS, LLC

DATED: APRIL 15, 2014

Pursuant to §307(b) of the California Corporations Code and the operating agreement of the LLC, the undersigned, being the Managing Member of the LLC, and in lieu of a meeting, hereby unanimously adopts the following recitals and resolutions:

WHEREAS, the Managing Member has determined that the LLC needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the LLC; and,

THEREFORE IT IS RESOLVED, that the LLC is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Brian Presley, Managing Member, is hereby authorized and instructed to take whatever actions he deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.


Managing Member

_____
Brian Presley

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     M. Jonathan Hayes 90388

Address  15233 Ventura Blvd., Suite 250 Sherman Oaks, CA 91403

Telephone  (818) 783-6251 Fax: (818) 783-6253

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **FREEDOM FILMS, LLC** | Case No.: |
| | Chapter: 11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  April 16, 2014

Brian Presley/Managing Member
Signer/Title

Date:  April 16, 2014

Signature of Attorney
M. Jonathan Hayes 90388
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
(818) 783-6251   Fax: (818) 783-6253

FREEDOM FILMS, LLC
15300 Ventura Blvd., #315
Sherman Oaks, CA 91403


M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403


Alan Baskin
Bade Baskin Richards PLC
80 E Rio Salado Parkway, Ste 511
Tempe, AZ 85281


Brian Presley
15300 Ventura Blvd., #315
Sherman Oaks, CA 91403


David e. Rosen, Esq.
Murphy Rosen Meylan & Davitt LLP
100 Wilshire Blvd., Ste. 1300
Santa Monica, CA 90401


David Presley
11428 S. Sandusky
Tulsa, OK 74137


Doug MacGregor
22 County Road 727
Gunnison, CO 81230


Edward A. Klein, Esq
Linor Grode Stein Yankelevitz
Sunshine Regenstreif & Taylo LLP
1100 Glendon Ave., 14th Fl
Los Angeles, CA 90024-3503

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Alliance of
Theatrical Stage Employees
c/o James G. Varga
10045 Riverside Drive
North Hollywood, CA 91602


Jonathan M. Saffer, Esq.
Snell & Wilmer LLP
350 South Grand Ave., Suite 2600
Los Angeles, CA 90071


Kenneth F. Albright
Albright, Rusher & Hardcastle
15 West 6th Street, Suite 2600
Tulsa, OK 74119


Latifah Salom
Business Representative
Writers Guild of America, West, Inc
7000 W. Third Street
Los Angeles, CA 90048


Lisa Kearns
c/o Bonnie E. Eskenazi
Greenberg Glusker Fields Claman
1900 Avenue of the Stars, 21st Fl.
Los Angeles, CA 90067-4590

```
Matthew Fladell, Esq.
Law Office of Matthew Fladell
723 Ocean Front Walk
Venice, CA 90291


Mr. Peter Davis, Receiver
c/o Simon Consulting, LLC
3200 North Central Avenue, Ste 2460
Phoenix, AZ 85012


One Longhorn Land I, L.P.
Rex Glenndening
12400 Preston Road, Ste. 100
Frisco, TX 75033


Palo Verde Capital, LLC
20645 N. Pima Road, Ste 140
Scottsdale, AZ 85255


Palo Verde Fund, L.P.
20645 N. Pima Road, Ste. 140
Scottsdale, AZ 85255


Patterson Thoma Company, Inc.
2100 McKinney Avenue, Ste. 1501
Dallas, TX 75201


Purvi Patel
Counsel
SAG-AFTRA
7735 Old Georgetown Rd., Ste 950
Bethesda, MD 20814


Sacks Tierney P.A.
Matthew F. Winter
4250 North Drinkwater Bl., 4th FL.
Scottsdale, AZ 85251
```

SAG-AFTRA
Safeer Hopton
5757 Wilshire Blvd., 7th Fl
Los Angeles, CA 90036


State Board of Equalization
Special Procedures Section MIC: 55
P.O. Box 942879
Sacramento, CA 94279-0055


Stephen A. Khoury
Kelsoe, Khoury, Rogers, Caghfiled
and Clark, P.C.
5220 Spring Valley Road, Ste 500
Dallas, TX 75254


The Traveling Picture Show Company
Kevin Matusow.
2401 Canyon Drive
Los Angeles, CA 90068


William A. Sokol
Weinberg, Roger & Rosenfeld
A Professional Corporation
800 Wilshire Blvd., Suite 1320
Los Angeles, CA 90017